**ERIC GOULD**

**ATTORNEY AT LAW**

REMITTANCE ADDRESS:

5773 WOODWAY, SUITE 184

HOUSTON, TEXAS 77057

(713) 213-3781

Tax ID #

Community Bank of Texas, N.A.                    Invoice #1116013

Attn: Joe West

9 Greenway Plaza, Suite 110                    November 1, 2016

Houston, Texas 77046

In Reference To:   File No.:        COMM/013

                   Matter:         Abel & Sons, Inc.

                   Loan #:         7216599 & 7216610

---

| Professional services | Hours |
|---|---|

| | | |
|---|---|---|
| 10/04/16 EG | Attend Cash Collateral hearing before Judge Paul; confer with Abel and Grocer | 1.10 |
| | Supply attorneys regarding sale progress and cash collateral issues; announce | |
| | Agreement to Court regarding 90 day extension on cash collateral; draft | |
| | correspondence to Nowak and Leger regarding status update. | |
| 10/06/16 EG | Review correspondence from McClure and Green Bank regarding status of closing; | 0.20 |
| | draft correspondence to Nowak and Leger regarding status update. | |
| 10/12/16 EG | Review correspondence from McClure and Title Company regarding additional | 0.15 |
| | items needed for closing; draft correspondence to title company regarding | |
| | requested payoff date. | |
| 10/13/16 EG | Review Whitestone REIT Proof of Claim; correspond with parties regarding | 0.15 |
| | anticipated closing date. | |
| 10/14/16 EG | Review correspondence from Ramos regarding closing . | 0.10 |



| 10/17/16 EG | Review preliminary HUD-1; correspond with Flores regarding updated payoff statements for 10/21 closing. | 0.15 |
| 10/21/16 EG | Review correspondence from parties regarding closing issues remaining. | 0.10 |
| 10/24/16 EG | Review correspondence from Flores and McClure regarding corrected warranty deed; Review September Monthly Operating Report. | 0.15 |
| 10/25/16 EG | Review correspondence from Flores regarding 10/25 closing. | 0.05 |
| 10/26/16 EG | Review correspondence from parties regarding updated closing details -10/28. | 0.10 |
| 10/28/16 EG | Review Final HUD-1; correspond with Fuentes and Leger at Bank regarding closing and lien release. | 0.20 |
| 10/31/16 EG | Confirm funding to occur today; forward HUD-1 to Leger per telephone call; draft Bank's Fee Application. | 0.60 |

|  | Amount |
| Subtotal for FEES  3.05 hours @        $250.00 per hour | $ 762.50 |

Disbursements:

| Parking | 6.00 |
| County Clerk | 0.00 |
| Subtotal for Disbursements | 6.00 |

| Total amount of this bill | |
|  | $ 768.50 |

**PLEASE MAKE CHECK PAYABLE TO: ERIC GOULD**

# ERIC GOULD
## ATTORNEY AT LAW

REMITTANCE ADDRESS:
5773 WOODWAY, SUITE 184
HOUSTON, TEXAS 77057
(713) 266-3311 ext. 3
Tax ID ████████

Community Bank of Texas, N.A.                    Invoice #1016013
Attn: Joe West
9 Greenway Plaza, Suite 110                      October 1, 2016
Houston, Texas 77046

In Reference To: File No.:      COMM/013
                 Matter:        Abel & Sons, Inc.
                 Loan #:        7216599 & 7216610

---

| Professional services | Hours |
|---|---|

| Date | | Description | Hours |
|---|---|---|---|
| 09/07/16 | EG | Review correspondence from McClure and attached Title Commitments; Draft correspondence to Flores at Post Oak Title regarding payoff statements; Correspond with Leger at Bank requesting pay off statements on 2 notes; Provide payoff statements to title company. | 0.25 |
| 09/12/16 | EG | Correspond with McClure and Ramos, attorney for buyer, confirming Green Bank requiring Phase 2 Environmental and closing to be re-set for 9/30. | 0.20 |
| 09/21/16 | EG | Review correspondence from McClure and title company regarding closing status; draft follow-up correspondence to Flores regarding status of Palestine closing. | 0.20 |
| 09/22/16 | EG | Review correspondence from Green Bank regarding Phase 2 results not yet received and 9/30 closing may not occur; draft correspondence to Nowak and Leger regarding status update. | 0.15 |
| 09/23/16 | EG | Receipt and review of August Monthly Operating Report. | 0.15 |
| 09/23/16 | EG | Receipt and review of correspondence from buyer's attorney and review Phase II Report; draft correspondence to Nowak and Leger regarding Phase II Report. | 0.50 |
| 09/26/16 | EG | Review correspondence from Nowak regarding independent review of Phase II Report. | 0.10 |
| 09/30/16 | EG | Correspond with Nowak regarding status of Green Bank financing of Palestine property and Debtor's $5000 per month payment; multiple correspondence with Debtor's attorney and buyer's attorney regarding status of Westfield and Palestine purchases – Innocent Owner Certificate to be obtained | 0.35 |

|                                                          | Amount    |
|----------------------------------------------------------|-----------|
| Subtotal for FEES   1.90 hours @   $250.00 per hour      | $ 475.00  |
| Disbursements:                                           |           |
|     Copies                           | 0.70      |
|     County Clerk                     | 0.00      |
|     Subtotal for Disbursements       | 0.70      |
|                                                          |           |
| Total amount of this bill                                |           |
|                                                          | $ 475.70  |

**PLEASE MAKE CHECK PAYABLE TO: ERIC GOULD**

# ERIC GOULD
## ATTORNEY AT LAW

**REMITTANCE ADDRESS:**
5773 WOODWAY, SUITE 184
HOUSTON, TEXAS 77057
(713) 266-3311 ext. 3
Tax ID #▮▮▮▮▮▮▮▮

Community Bank of Texas, N.A.                    Invoice #0816013
Attn: Robert Nowak and Joe West
Wedge Tower
1415 Louisiana, 4th Floor                    August 1, 2016
Houston, Texas 77002

In Reference To: File No.:      COMM/013
                 Matter:       Abel & Sons, Inc.
                 Loan #:       7216599 & 7216610

---

| Professional services | Hours |
|---|---|

| Date | | Description | Hours |
|---|---|---|---|
| 07/01/16 | EG | Review and analyze breakdown received from Debtor's attorney regarding authorized cash collateral withdrawals and actual withdrawals. | 0.20 |
| 07/05/16 | EG | Review correspondence from Abel regarding July 20th closing on house and funds to be used to repay DIP account; receipt and review of new $3m contracts received and McClure correspondence to tenant's attorney. | 0.25 |
| 07/06/16 | EG | Review Durrschmidt correspondence regarding Debtor in charge of bank account; draft follow-up correspondence to McClure regarding disclosure to Court; review McClure correspondence regarding cash collateral hearing; receipt and review of June Prosperity Bank statement. | 0.20 |
| 07/07/16 | EG | Attend cash collateral hearing before Judge Paul; conference with McClure, Durrschmidt and Abel regarding unauthorized withdrawals from cash collateral and new offer for $3m; received July $5000 check from Abel – forward to Nowak. | 1.50 |
| 07/12/16 | EG | Review correspondence from McClure regarding tenant will match $3m offer. | 0.05 |
| 07/13/16 | EG | Correspond with McClure regarding tenant has matched $3m offer and will sign contracts. | 0.15 |
| 07/14/16 | EG | Receipt and review of correspondence from McClure regarding Motion to Sell to be drafted and filed; review Commercial Contract for purchase of Palestine property; draft correspondence to Nowak regarding status update. | 0.50 |
| 07/15/16 | EG | Review McClure correspondence regarding opening of title. | 0.10 |
| 07/18/16 | EG | Receipt and review of Monthly Operating Report for June, 2016. | 0.15 |
| 07/19/16 | EG | Receipt and review of Emergency Motion for Authorization to Sell Improved Commercial Property. | 0.20 |

| 07/20/16 EG | Review calendar deadlines per the contract provided by McClure. | 0.10 |
| 07/26/16 EG | Review Notice of Hearing set for 8/4 on Motion to Sell. | 0.10 |
| 07/27/16 EG | Review Harris County's Amended Proof of Claim; receipt and review of Resolution's Motion for Valuation. | 0.20 |

|  | Amount |
| --- | --- |
| Subtotal for FEES  3.70 hours @   $250.00 per hour | $ 925.00 |
| Disbursements: |  |
|     Copies | 0.00 |
|     Postage | 0.48 |
|     Parking | 9.00 |
|     County Clerk | 0.00 |
|     Subtotal for Disbursements | 9.48 |
| Total amount of this bill |  |
|  | $ 934.48 |

## PLEASE MAKE CHECK PAYABLE TO: ERIC GOULD

## ERIC GOULD
## ATTORNEY AT LAW

### REMITTANCE ADDRESS:
5773 WOODWAY, SUITE 184
HOUSTON, TEXAS 77057
(713) 266-3311 ext. 3
Tax ID #█████████

Community Bank of Texas, N.A.                    Invoice #0716013
Attn: Robert Nowak and Joe West
Wedge Tower
1415 Louisiana, 4th Floor                    July 1, 2016
Houston, Texas 77002

In Reference To: File No.:        COMM/013
                 Matter:          Abel & Sons, Inc.
                 Loan #:          7216599 & 7216610

---

| Professional services | Hours |
|---|---|

| Date | | Description | Hours |
|---|---|---|---|
| 06/02/16 | EG | Correspond with GSC and Debtor's counsel regarding another 30 day Agreed Order; attend Cash Collateral Court hearing at Bankruptcy Court; discuss pending sales contract and tax issues with counsel and advise Court of sale status; draft correspondence to Nowak regarding status update and June $5000 adequate protection check received and mailed to Nowak; reviewed and approved 4th Interim Cash Collateral Order. | 1.25 |
| 06/03/16 | EG | Review Agreed 4th Interim Cash Collateral Order signed on 6/3/16; review Correspondence between Debtor and tenant regarding tax issue. | 0.30 |
| 06/04/16 | EG | Review correspondence from McClure regarding accounting for account shortage. | 0.10 |
| 06/08/16 | EG | Correspond with McClure regarding delinquent tax agreement with tenant; review proposed Agreement between Debtor and tenant. | 0.25 |
| 06/15/16 | EG | Draft correspondence to McClure regarding status of tax Motion and execution of Contract. | 0.15 |
| 06/16/16 | EG | Receipt and review of Debtor's Emergency Motion for Order Approving Settlement Agreement and General Release with tenant and proposed Order; draft correspondence to Nowak regarding status update; Correspond with McClure regarding contract status. | 0.50 |
| 06/20/16 | EG | Review correspondence from McClure regarding 6/23 hearing on tax Settlement agreement with tenant; review revised Motion and Order. | 0.15 |
| 06/21/16 | EG | Receipt and review of May Monthly Operating Report. | 0.10 |
| 06/22/16 | EG | Multiple correspondence with Debtor's attorney, taxing authority attorney GSC attorney regarding tax payment agreement; review revised Agreement; | 0.35 |

Review IRS Proof of Claim.

| | | | |
|---|---|---|---|
| 06/23/16 | EG | Review GSC attorney correspondence to Debtor's attorney; review McClure's response and copies of bank statements; review Order Approving Agreement with Tenant on delinquent tax payments; draft correspondence to Nowak updating status of tax payment agreement; draft correspondence to McClure regarding improper withdrawals by Abel; review correspondence From McClure regarding $3m offer. | 0.55 |
| 06/27/16 | EG | Receipt and review of revised May Monthly Operating Report. | 0.15 |
| 06/29/16 | EG | Review correspondence from Durrschmidt and McClure regarding DIP Account. | 0.15 |

|  | Amount |
|---|---|
| Subtotal for FEES  4.00 hours @   $250.00 per hour | $ 1000.00 |

Disbursements:

| | |
|---|---|
| Copies | 2.20 |
| Postage | 0.48 |
| Parking | 6.00 |
| County Clerk | 0.00 |
| Subtotal for Disbursements | 8.68 |

Total amount of this bill

$  1008.68

**PLEASE MAKE CHECK PAYABLE TO: ERIC GOULD**

# ERIC GOULD
## ATTORNEY AT LAW

REMITTANCE ADDRESS:
5773 WOODWAY, SUITE 184
HOUSTON, TEXAS 77057
(713) 266-3311 ext. 3
Tax ID # ███████

Community Bank of Texas, N.A.                    Invoice #0616013
Attn: Robert Nowak and Joe West
Wedge Tower
1415 Louisiana, 4ᵗʰ Floor                        June 1, 2016
Houston, Texas 77002

In Reference To: File No.:      COMM/013
                 Matter:       Abel & Sons, Inc.
                 Loan #:       7216599 & 7216610

| Professional services | | Hours |
|---|---|---|
| 05/03/16 EG | Correspond with McClure regarding status of tax issue and offer to purchase property;  review response from tenant. | 0.20 |
| 05/05/16 EG | Prepare and attend 3ʳᵈ Interim Cash Collateral Hearing before Judge Paul-Conference with Abel, McClure and Durrschmidt regarding tax and sale Status; announce 30 day Agreed Order to Court and provide proposed Agreed Order; receipt and review of 3ʳᵈ Interim Cash Collateral Order signed by Judge Paul; review Notice of Continued Cash Collateral hearing for 6/2/16. | 1.05 |
| 05/06/16 EG | Correspond with Debtor's attorney and Nowak regarding status of May 6, 2016 Payment – to be delivered to Bank. | 0.10 |
| 05/23/16 EG | Correspond with Debtor's attorney and GSC attorney regarding issue of Abel withdrawals from account in excess of permitted amounts under Agreed Order and no contract from Dallas buyer. | 0.30 |
| 05/24/16 EG | Review April Monthly Operating Report. | 0.10 |
| 05/31/16 EG | Review correspondence from McClure attaching proposed Commercial Contracts for purchase of both properties at $1.3m each. | 0.25 |

|  | Amount |
|---|---|
| Subtotal for FEES  2.00 hours @    $250.00 per hour | $ 500.00 |
| Disbursements: |  |
|     Copies | 0.90 |
|     Parking | 6.00 |
|     County Clerk | 0.00 |
|     Subtotal for Disbursements | 6.90 |
| Total amount of this bill |  |
|  | $ 506.90 |

**PLEASE MAKE CHECK PAYABLE TO: ERIC GOULD**

**ERIC GOULD**
**ATTORNEY AT LAW**

**REMITTANCE ADDRESS:**
5773 WOODWAY, SUITE 184
HOUSTON, TEXAS 77057
(713) 266-3311 ext. 3
Tax ID #▮▮▮▮▮▮▮▮

Community Bank of Texas, N.A.                    Invoice #0516013
Attn: Robert Nowak and Joe West
Wedge Tower
1415 Louisiana, 4th Floor                        May 1, 2016
Houston, Texas 77002

In Reference To: File No.:     COMM/013
                 Matter:       Abel & Sons, Inc.
                 Loan #:       7216599 & 7216610

| | Professional services | Hours |
|---|---|---|
| 04/01/16 EG | Review Notice of Rescheduled Hearing to 4/7 at 9:15 a.m. | 0.10 |
| 04/05/16 EG | Review correspondence from McClure regarding unpaid ad valorem taxes | 0.10 |
| 04/06/16 EG | Draft status report update for Leger; correspond with Durrschmidt and McClure regarding unpaid tax issues and proposes Interim Agreed Order. | 0.25 |
| 04/07/16 EG | Attend hearing on Motion for Use of Cash Collateral – confer with Debtor's and GSC's counsel with Abel regarding tax issue and collect $5000 check – present Agreed Order Permitting Use of Cash Collateral for additional 30 days- signed by Judge Paul; forward check to Nowak and advise on status of cash collateral order. | 1.00 |
| 04/08/16 EG | Review signed Agreed Third Interim Order on Cash Collateral. | 0.05 |
| 04/13/16 EG | Receipt and review of breakdown of taxes owed by tenant to Abel as Provided by Abel's attorney (includes 3rd party tax payments). | 0.25 |
| 04/15/16 EG | Prepare exhibits to Proof of Claim and transmit to Court. | 0.25 |
| 04/20/16 EG | Receipt and review of March, 2016 Monthly Operating Report and Amended Report. | 0.15 |
| 04/28/16 EG | Review correspondence from McClure regarding update on tax issues. | 0.10 |

| | | Amount |
|---|---|---|
| Subtotal for FEES 2.25 hours @   $250.00 per hour | | $ 562.50 |
| Disbursements: | | |
| Postage | | 0.00 |
| Parking | | 6.00 |

| | |
|---|---:|
| County Clerk | 0.00 |
| Subtotal for Disbursements | 6.00 |

Total amount of this bill

$  568.50

## PLEASE MAKE CHECK PAYABLE TO: ERIC GOULD

# ERIC GOULD
## ATTORNEY AT LAW

REMITTANCE ADDRESS:
5773 WOODWAY, SUITE 184
HOUSTON, TEXAS 77057
(713) 266-3311 ext. 3
Tax ID #▓▓▓▓▓▓

Community Bank of Texas, N.A.
Attn: Robert Nowak and Joe West
Wedge Tower
1415 Louisiana, 4th Floor
Houston, Texas 77002

Invoice #0416013

April 1, 2016

In Reference To:  File No.:      COMM/013
                 Matter:       Abel & Sons, Inc.
                 Loan #:       7216599 & 7216610

---

| | | Professional services | Hours | |
|---|---|---|---|---|
| 03/07/16 | EG | Draft status report for Leger; correspond with Nowak and McClure regarding receipt of $5000 payment on temporary check – confirmed that it is from DIP account. | 0.25 | |
| 03/21/16 | EG | Correspond with McClure regarding adequate protection payments and status of tenant response. | 0.10 | |
| 03/23/16 | EG | Correspond with McClure and Durrschmidt regarding tax issue to resolve before agreement on final cash collateral order; review Monthly Operating Report for February. | 0.20 | |
| 03/24/16 | EG | Correspond with Nowak prior to hearing; Pre-hearing meeting with all counsel and Abel; attend hearing and announce 14 day agreement providing for no insider payments but to include payments to GSC and Bank; review and approve draft of 2nd Interim Order on Cash Collateral; review Harris County and Galena ISD tax records regarding amounts owed on Palestine property for 2014 and 2015; draft correspondence to McClure and Nowak regarding taxes due on Palestine property. | 1.40 | |
| 03/29/16 | EG | Receipt and review of Agreed Second Interim order on Cash Collateral signed by Judge Paul on 3/29/16. | 0.10 | |

| | | Amount |
|---|---|---|
| Subtotal for FEES 2.05 hours @   $250.00 per hour | | $ 512.50 |
| Disbursements: | | |
| Postage | | 0.00 |
| Parking | | 9.00 |
| County Clerk | | 0.00 |
| Subtotal for Disbursements | | 9.00 |
| | | |
| Total amount of this bill | | |
| | | $ 521.50 |

## PLEASE MAKE CHECK PAYABLE TO: ERIC GOULD

## ERIC GOULD
## ATTORNEY AT LAW

REMITTANCE ADDRESS:
5773 WOODWAY, SUITE 184
HOUSTON, TEXAS 77057
(713) 266-3311 ext. 3
Tax ID #█████████

Community Bank of Texas, N.A.                          Invoice #0316013
Attn: Robert Nowak and Joe West
Wedge Tower
1415 Louisiana, 4th Floor                             March 1, 2016
Houston, Texas 77002

In Reference To: File No.:      COMM/013
                 Matter:        Abel & Sons, Inc.
                 Loan #:        7216599 & 7216610

| Professional services | | Hours |
|---|---|---|
| 02/01/16 EG | Attend hearing at U.S. Bankruptcy Court on Debtor's Motion for Authority to use Cash Collateral – 14 day Budget; amended to reduce expenditures; correspond with Nowak regarding hearing and strategy. | 1.00 |
| 02/02/16 EG | Review Notice of US Trustee's Inability to Appoint Creditors' Committee. | 0.10 |
| 02/03/16 EG | Correspond with Nowak regarding proceeding against Abel for past due and current loan payments. | 0.15 |
| 02/04/17 EG | Review Resolution Finance LLC's Notice of Appearance; review Resolution Finance LLC's Proof of Claim for tax lien transfer on | 0.25 |
| 02/08/16 EG | Review Title Report; correspond with Nowak regarding issues raised by Report; review prior Deeds of Trust, title commitment and title policy, Memorial City Bank loan request, funding to MetroBank and Nowak correspondence; communication with Nowak regarding title issue and offer to sell Note to Grocer's Supply; review Bank attorney correspondence to Startex; correspond with Durrschmidt regarding loan balance and appraised value of property. | 1.00 |
| 02/12/16 EG | Review proposed Budget by property received from Debtor's attorney; multiple correspondence with Nowak and McClure regarding lease payment, adequate protection, insurance and maintenance issues as it pertains to Budget; review Palestine lease agreement; receipt and review of GSC Proof of Claim. | 0.70 |
| 02/15/16 EG | Multiple communications with Debtor's attorney and Grocer's Supply attorney regarding terms of final cash collateral order and marketing of properties for sale | 0.30 |
| 02/16/16 EG | Attend Bankruptcy Court hearing on Debtor's Emergency Motion for Authority to use Cash Collateral – complete negotiation on Interim 30 day Order – announce | 1.40 |

Agreement to Court; correspond with Nowak regarding status update; draft
proposed Agreed Interim 30 day Order.

02/17/16  EG      Correspond with Nowak regarding forthcoming cash collateral hearing;          0.20
                  Review certificates of insurance and forward to Nowak.

02/22/16  EG      Receipt and review of Agreed Interim 30 Day Cash Collateral Order              0.20
                  signed by Judge Paul on 2/22/16; review Letter of Intent received from Khaled
                  Properties for $4.2m.

02/24/16  EG      Receipt and review of revised certificates of insurance and forward to Nowak.  0.10

|  |  | Amount |
|---|---|---|
| Subtotal for FEES  5.40 hours @   $250.00 per hour | | $ 1350.00 |
| Disbursements: | | |
| Postage | | 0.00 |
| Research Staff – Title Report | | 140.73 |
| Texas Secretary of State | | 31.90 |
| Parking | | 12.00 |
| County Clerk | | 0.00 |
| Subtotal for Disbursements | | 184.63 |
| Total amount of this bill | | |
| | | $ 1534.63 |

## PLEASE MAKE CHECK PAYABLE TO: ERIC GOULD

# ERIC GOULD
## ATTORNEY AT LAW

REMITTANCE ADDRESS:
5773 WOODWAY, SUITE 184
HOUSTON, TEXAS 77057
(713) 266-3311 ext. 3
Tax ID #███████

Community Bank of Texas, N.A.                     Invoice #0216013
Attn: Robert Nowak and Joe West
Wedge Tower
1415 Louisiana, 4ᵗʰ Floor                         February 1, 2016
Houston, Texas 77002

In Reference To: File No.:      COMM/013
                 Matter:        Abel & Sons, Inc.
                 Loan #:        7216599 & 7216610

---

| Professional services | | Hours |
|---|---|---|
| 01/06/16 EG | Receipt and review of correspondence from Nowak regarding background details on loans, collateral, insurance and tax issues; review loan payoffs; review loan and collateral documents; review bankruptcy Petition and case docket. | 1.00 |
| 01/08/16 EG | Correspond with Debtor's attorney, McClure, regarding insurance declaration issue on building; communication with Nowak regarding insurance issue and appraisal. | 0.25 |
| 01/11/16 EG | Receipt and review of 2011 Bank appraisal; draft Notice of Appearance and Request for Notices; | 0.50 |
| 01/12/16 EG | Correspond with McClure regarding arrangements for conducting appraisal; Review correspondence from Nowak regarding insurance requirements. | 0.25 |
| 01/14/16 EG | Receipt and review of Harris County Proof of Claim i/a/o $57,000; review correspondence from Leger and Nowak regarding force place insurance letter to borrower and related correspondence. | 0.30 |
| 01/19/15 EG | Review Guaranty Agreements and draft Notice of Default to Abel; correspond with McClure regarding cash collateral issues and forward Assignments of Notes and Leases to McClure; review HCAD records on Pasadena property; draft correspondence to McClure regarding asset valuation versus debt; review Notice of Trial Setting on tax suit – advised Bank that stay will prevent suit from proceeding to trial. | 1.25 |
| 01/21/16 EG | Receipt and review of Debtor's Motion for Short Extension to File Schedules and Statement of Financial Affairs to 1/26; draft correspondence to Nowak regarding new Motion for Extension. | 0.15 |
| 01/25/16 EG | Receipt and review of Debtor's Schedules and Statement of Financial Affairs; correspond with Nowak regarding filing of Schedules; review Nowak correspondence. | 0.50 |

| | | | |
|---|---|---|---|
| 01/26/16 EG | Receipt and review of IRS Proof of Claim; | | 0.10 |
| 01/29/16 EG | Correspond with Grocer's Supply attorney; draft Bank's Limited Objection to Motion for Authority to Use Cash Collateral; 01/29/16 EG Review appraisal contents regarding market value. | | 0.60 |

| | Amount |
|---|---|
| Subtotal for FEES   4.90 hours @   $250.00 per hour | $ 1225.00 |
| Disbursements: | |
| Postage | 7.95 |
| County Clerk | 0.00 |
| Subtotal for Disbursements | 7.95 |
| Total amount of this bill | |
| | $ 1232.95 |

**PLEASE MAKE CHECK PAYABLE TO: ERIC GOULD**



**Hughes Watters Askanase**
Attorneys at Law
Total Plaza
1201 Louisiana, 28th Floor
Houston, TX 77002
Telephone 713-759-0818
Facsimile 713-759-6834
TAX I.D. NO. 76-0249314

Community Bank of Texas                                          February 1, 2016
P.O. Box 929                                                    Invoice 517748
Crosby, TX  77532

ID: CROS-00078 - CEH
Re: Abel & Sons, Inc. & Harris Cty

 599,       610

For Services Rendered Through December 31, 2015

      Current Fees                          117.00
      Total Current Charges                                              117.00

FEB 05 2016

_____ (sign here)
269- 57980

Please note our address change as of December 1, 2015 to:
Hughes Watters Askanase  1201 Louisiana, Suite 2800  Houston, TX 77002

### Hughes, Watters & Askanase, L.L.P.

| Community Bank of Texas | February 1, 2016 |
| Re: Abel & Sons, Inc. & Harris Cty | Invoice 517748 |
| I.D. CROS-00078 - CEH | Page 2 |

| Fees | | | | |
|------|-----|-------------|-------|--------|
| Date | Atty | Description | Hours | Amount |
| 12/18/15 | SAN | Review correspondence from Carol Brown forwarding new suit and loan documents. Briefly review suit and loan documents. | 0.30 | 58.50 |
| 12/21/15 | SAN | Correspond with Audrey Leger and Carol Brown regarding answer deadline. | 0.10 | 19.50 |
| 12/28/15 | SAN | Draft Original Answer. | 0.20 | 39.00 |
| | | **Total Fees** | **0.60** | **117.00** |
| | | **Total Current Charges** | | **117.00** |

HWA accepts Visa, MasterCard and American Express
Contact Jim Agnich at 713-328-2837 or jra@hwa.com to take advantage of this option

Please note our address change as of December 1, 2015 to:
Hughes Watters Askanase  1201 Louisiana, Suite 2800  Houston, TX 77002



**Hughes Watters Askanase**
Attorneys at Law
Total Plaza
1201 Louisiana, 28th Floor
Houston, TX 77002
Telephone 713-759-0818
Facsimile 713-759-6834
TAX I.D. NO. 76-0249314

Community Bank of Texas
P.O. Box 929
Crosby, TX 77532

February 29, 2016
Invoice 518088

ID: CROS-00078 - CEH
Re: Abel & Sons, Inc. & Harris Cty
　　　　ムノ D 4 　 599

For Services Rendered Through January 31, 2016

| | | |
|---|---|---|
| Balance Forward | | 117.00 |
| Current Fees | 78.00 | |
| Current Disbursements | 6.06 | |
| Total Current Charges | | 84.06 |
| **Total Due** | | **201.06** |

| Open Invoices | | | | |
|---|---|---|---|---|
| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
| 02/01/16 | 517748 | 117.00 | 0.00 | 117.00 |
| | Totals | 117.00 | 0.00 | 117.00 |

*Credited 3/8/16*
*ck# 64759*

Please note our address change as of December 1, 2015 to:
Hughes Watters Askanase  1201 Louisiana, Suite 2800  Houston, TX 77002